1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | P. GREG PARHAM
California Bar No. 140310
6 | Assistant United States Attorney
Asset Forfeiture Section
7 |    Federal Courthouse, 14th Floor
   312 North Spring Street
8 |    Los Angeles, California 90012
   Telephone: (213) 894-6528
9 |    Facsimile: (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

12

13                  UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISION

| | |
|---|---|
| 16   UNITED STATES OF AMERICA,  ) | |
|                       ) | NO. CV 10-6618 JAK(PJWx) |
| 17            Plaintiff,  ) | |
|                       ) | |
| 18              v.  ) | |
|                       ) | **CONSENT JUDGMENT OF** |
| 19   $74,334.00 IN U.S.      ) | **FORFEITURE** |
|   CURRENCY, ET AL.,        ) | |
| 20                      ) | **JS-6** |
|            Defendants.  ) | |
| 21  ————————————————) | |
|                       ) | |
| 22   CHRISTOPHER LITTLEJOHN,    ) | |
|                       ) | |
| 23            Claimant.  ) | |
|  ————————————————) | |

24

25

26      This action was filed on September 3, 2010. Notice was given

27 and published in accordance with law. Claimant Christopher

28 Littlejohn ("claimant") filed a statement of interest and answer on

October 11 and November 1, 2010, respectively.  Plaintiff and
claimant have reached an agreement that is dispositive of the
action.   The parties hereby request that the Court enter this
Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the
     subject matter of this action.

2.   Notice of this action has been given in accordance with
     law.   All potential claimants to the defendants
     $74,334.00 in U.S. Currency ("defendant currency"), 23
     Assorted Money Orders totaling $13,000.00 ("defendant
     money orders")[1], and six watches ("defendant watches")[2]
     other than claimant are deemed to have admitted the
     allegations of the Complaint.  The allegations set out in
     the Complaint are sufficient to establish a basis for
     forfeiture.

3.   The United States of America shall have judgment as to
     the defendant currency and the defendant money orders,
     plus all interest earned by the government on the full
     amount of the defendant currency, and no other person or
     entity shall have any right, title or interest therein.
     The United States Marshals Service is ordered to dispose
     of said assets in accordance with law.

4.   The defendant watches shall be returned to claimant not

---

[1]   The defendant money orders are fully described in Exhibit
A, attached to the government's verified complaint for
forfeiture.

[2]   The defendant watches are fully described in Exhibit B,
attached to the government's verified complaint for forfeiture.

2

1  later than sixty (60) days from the date of the entry of

2  this judgment, through his attorney, Mark E. Overland,

3  100 Wilshire Blvd., Suite 950, Santa Monica, CA 90401,

4  (310) 459-2830.

5  5.  Claimant hereby releases the United States of America,

6  its agencies, agents, and officers, including employees

7  and agents of the Drug Enforcement Administration and

8  Beverly Hills Police Department, from any and all claims,

9  actions or liabilities arising out of or related to this

10  action, including, without limitation, any claim for

11  attorney's fees, costs or interest which may be asserted

12  on behalf of the claimant, whether pursuant to 28 U.S.C.

13  § 2465 or otherwise.

14  6.  The court finds that there was reasonable cause for the

15  seizure of the defendant assets and institution of these

16  proceedings.  This judgment shall be construed as a

17  certificate of reasonable cause pursuant to 28 U.S.C.

18  § 2465.

19  7.  The Court retains jurisdiction over this case and the

20  parties hereto to effectuate the terms of this Consent

21  Judgment.

22  Dated: June 2, 2011

23  _____

24  THE HONORABLE JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE

25

26

27  **[Signatures of counsel appear on the next page.]**

28

```
 1   Approved as to form and content:

 2   Dated:           , 2011        ANDRÉ BIROTTE JR.
                                    United States Attorney
 3                                  ROBERT E. DUGDALE
                                    United States Attorney
 4                                  Chief, Criminal Division
                                    STEVEN R. WELK
 5                                  Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
 6
                                    _____
 7                                  P. GREG PARHAM
                                    Assistant United States Attorney
 8                                  Asset Forfeiture Section

 9                                  Attorneys for Plaintiff
                                    United States of America
10

11   Dated:          , 2011

12                                  _____
                                    MARK E. OVERLAND
13                                  Attorney for Claimant
                                    Christopher Littlejohn

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```